Judge Hellerstein

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

SAMSUNG ELECTRONICS CO., LTD.,

   Petitioner,  :

             **SAMSUNG'S RULE 7.1**
          : **DISCLOSURE STATEMENT**

– against –

          :

SANDISK IL LTD. f/k/a M-SYSTEMS LTD., :

   Respondent.  :

- - - - - - - - - - - - - - - - - - - - x

   Pursuant to Fed. R. Civ. P. 7.1(a), petitioner Samsung Electronics Co., Ltd., by its attorneys, Mayer Brown LLP and Sheppard Mullin Richter & Hampton LLP, discloses that it has no parent corporation and that (to the best of its knowledge) no publicly held corporation owns 10% or more of its stock.

Dated: July 24, 2008

               Respectfully submitted,

               _____
               Robert D. Gilbert
                *rgilbert@mayerbrown.com*
               Michael O. Ware
                *mware@mayerbrown.com*
               MAYER BROWN LLP
               1675 Broadway
               New York, NY 10019
               (212) 506-2500

Timothy J. Tyler
  *ttyler@mayerbrown.com*
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2130
(713) 238-3000

Daniel L. Brown
  *dlbrown@sheppardmullin.com*
Eric O'Connor
  *eoconnor@sheppardmullin.com*
Sean Kirby
  *skirby@sheppardmullin.com*
SHEPPARD MULLIN RICHTER
  & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3800

*Attorneys for petitioner Samsung
  Electronics Co., Ltd.*