UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – x

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | : | |
| Petitioner, | : | 08 Civ. 6596 (AKH)<br>ECF Case |
| | : | **NOTICE OF MOTION** |
| – against – | | **FOR THE VACATUR AND** |
| | : | **NON-RECOGNITION** |
| | | **OF AN INTERNATIONAL** |
| SANDISK IL LTD. f/k/a M-SYSTEMS LTD., | : | **ARBITRATION AWARD** |
| Respondent. | : | |

– – – – – – – – – – – – – – – – – – – – x

PLEASE TAKE NOTICE that, upon the Petition for the Vacatur and Non-Recognition of an International Arbitration Award, the accompanying Declaration of Sean J. Kirby, executed July 24, 2008, and all prior proceedings herein, the undersigned will move this Court, before the Hon. Alvin K. Hellerstein, in Courtroom 14D in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on August 23, 2007, or such later date as the Court may specify, for an order under 9 U.S.C. §§ 10 and 201 *et seq*. vacating and refusing recognition and enforcement of the International Centre for Dispute Resolution arbitration award rendered in favor of respondent SanDisk Il Ltd. f/k/a msystems Ltd. and against petitioner Samsung Electronics Co., Ltd. in case number 50 117 T00395 06.

Pursuant to the stipulation of today's date, the briefing schedule on this motion will be set by a future order of the Court.

Dated: July 31, 2008

*[signature]*

Robert D. Gilbert
   *rgilbert@mayerbrown.com*
Michael O. Ware
   *mware@mayerbrown.com*
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

Timothy J. Tyler
   *ttyler@mayerbrown.com*
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2130
(713) 238-3000

Daniel L. Brown
   *dlbrown@sheppardmullin.com*
Eric O'Connor
   *eoconnor@sheppardmullin.com*
Sean Kirby
   *skirby@sheppardmullin.com*
SHEPPARD MULLIN RICHTER
   & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3800

*Attorneys for petitioner Samsung Electronics Co., Ltd.*

TO:    SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP
       Four Times Square
       New York, NY 10036
       *Attorneys for respondent SanDisk Il*
         *Ltd. f/k/a msystems Ltd.*