UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMSUNG ELECTRONICS CO., LTD.,   :
    :   08 Civ. 6596 (AKH)
                     Petitioner   :
    :
 -against-   :
    :   **NOTICE OF APPEARANCE**
SANDISK IL f/k/a M-SYSTEMS LTD.,   :
    :
                     Respondent   :
    :
------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE**, that DANIEL L. BROWN, ERIC S. O'CONNOR and SEAN J. KIRBY of Sheppard, Mullin, Richter & Hampton LLP hereby appear as co-counsel in this case for petitioner SAMSUNG ELECTRONICS CO., LTD.

Each of the foregoing attorneys certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 11, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:_____/s/_____
   Daniel L. Brown
   Eric S. O'Connor
   Sean J. Kirby

30 Rockefeller Plaza,
Suite 2400
New York, New York 10112
(212) 332-3800
(212) 332-3888
dlbrown@sheppardmullin.com
eoconnor@sheppardmullin.com
skirby@sheppardmullin.com

*Attorneys for Petitioner*
*Samsung Electronics Co., Ltd.*