UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMSUNG ELECTRONICS CO., LTD.,          :
                                        :    08 Civ. 6596 (AKH)
                        Petitioner      :
                                        :
    -against-                           :
                                        :    **NOTICE OF APPEARANCE**
SANDISK IL f/k/a M-SYSTEMS LTD.,        :
                                        :
                        Respondent      :
                                        :
------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE**, that DANIEL L. BROWN, ERIC S. O'CONNOR and SEAN J. KIRBY of Sheppard, Mullin, Richter & Hampton LLP hereby appear as co-counsel in this case for petitioner SAMSUNG ELECTRONICS CO., LTD.

Each of the foregoing attorneys certifies that he is admitted to practice in this Court.

Dated: New York, New York        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       August 11, 2008
                                 By:_____/s/_____
                                     Daniel L. Brown
                                     Eric S. O'Connor
                                     Sean J. Kirby

                                 30 Rockefeller Plaza,
                                 Suite 2400
                                 New York, New York 10112
                                 (212) 332-3800
                                 (212) 332-3888
                                 dlbrown@sheppardmullin.com
                                 eoconnor@sheppardmullin.com
                                 skirby@sheppardmullin.com

                                 *Attorneys for Petitioner*
                                 *Samsung Electronics Co., Ltd.*