UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SAMSUNG ELECTRONICS CO. LTD.

               Plaintiff,

                                                 08 **CIVIL** 6596 (AKH)

    -against-

SANDISK IL LTD., f/k/a MSYSTEMS LTD.
               Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ROBERT D. GILBERT

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: RG1068

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* MAYER BROWN LLP, 1675 BROADWAY, NEW YORK, NY 10019

☒ *Telephone Number:* 212-506-2580

☒ *Fax Number:* 212-849-5580

☒ *E-Mail Address:* RGILBERT@MAYERBROWN.COM

Dated: August 20, 2008        */s/ Robert D. Gilbert*